ORIGINAL

1  M. CORY BROWN, ESQ. (Bar No. 115472)    FILED
   mcbrown@higgslaw.com
2  MICHAEL R. GIBSON, ESQ. (Bar No. 199272)  2008 AUG 22  PM 2:18
   gibsonm@higgslaw.com
3  HIGGS, FLETCHER & MACK LLP          CLERK US DISTRICT COURT
   401 West "A" Street, Suite 2600          SOUTHERN DISTRICT OF CALIFORNIA
4  San Diego, CA  92101-7913
   TEL: 619.236.1551                                          DEPUTY
5  FAX: 619.696.1410                   BY

6  Attorneys for Defendants
   RSM McGladrey Financial             U8 CV 1559 BTM WMc
7  Process Outsourcing LLC

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
   HOOT WINC, LLC,                         CASE NO. _____
11
                      Plaintiff,           DECLARATION OF M. CORY BROWN IN
12                                          SUPPORT OF NOTICE OF REMOVAL
   v.
13
   RSM McGLADREY FINANCIAL
14 PROCESS OUTSOURCING, LLC, and
   DOES 1 to 50, inclusive,
15
                      Defendants.
16

17

18     I, M. Cory Brown, declare as follows:

19     1.    I am over eighteen years of age and am competent to make this declaration.   I am

20 a partner with the law firm of Higgs Fletcher & Mack LLP, counsel for Defendant

21 RSM McGladrey Financial Process Outsourcing LLC ("FPO"), in the above action.  The matters

22 set forth herein are based upon my own personal knowledge, except those expressly stated on

23 information and belief, which I believe to be true.

24     2.    I am making this declaration in support of the Notice of Removal filed by FPO.

25     3.    Based upon information and belief, FPO is a Minnesota limited liability company.

26 Attached hereto as Exhibit "A" is a true and correct copy of a printout from the Minnesota

27 Secretary of State's website identifying FPO and its status as a Minnesota LLC.

28 ///

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

871762.2                                                    Case No. _____

4.    Based upon information and belief, the sole ownership interest in RSM Financial

Process Outsourcing Solutions LLC is held by Quatrro F&A Solutions, Inc., a Florida corporation

with its principal place of business in Florida.  Attached hereto as Exhibit "B" is a true and

correct copy of a printout from the Florida Department of State's website identifying Quatrro as a

Florida corporation.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury and under the laws of the

United States that the foregoing is true and correct.

Executed on August 21, 2008, in San Diego, California.

M. CORY BROWN

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

871762.2

2

Case No. _____

Exhibit A

 

**DA Home   UCC   Business Services   Account   Session Briefcase   Help/FAQs   About   Login**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 10406-LLC | **Entity Type:** | Limited Liability Company |
| **Original Date of Filing:** | 1/26/1999 | **Entity Status:** | Active |
| **Entity Date to Expire:** | | **Chapter:** | 322B |
| **Good Standing:** (date of last annual filing) | 2007 | | |

| | |
|---|---|
| **Name:** | RSM McGladrey Financial Process Outsourcing, LLC |
| **Registered Office Address:** | 100 S 5th Str #1075 Mpls, MN, 55402 |
| **Home State:** | MN |
| **Agent Name:** | CT Corporation System Inc |

Additional Entity Detail    Return to Search List    New Search

---

Use of this site and services indicates your acceptance of the Terms & Conditions of Use.
©Copyright 2001 , Minnesota Office of the Secretary of State. All Rights Reserved.

Exhibit B

www.sunbiz.org - Department of State                                   Page 1 of 2



| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

Previous on List   Next on List      Return To List

No Events        No Name History                                    Entity Name

# Detail by Entity Name

## Florida Profit Corporation

QUATRRO F&A SOLUTIONS INC

## Filing Information

**Document Number** P07000113754
**FEI Number** 261239706
**Date Filed** 10/16/2007
**State** FL
**Status** ACTIVE

## Principal Address

441 CENTERWOOD DRIVE
TARPON SPRINGS FL 34688 US

## Mailing Address

441 CENTERWOOD DRIVE
TARPON SPRINGS FL 34688 US

## Registered Agent Name & Address

QUINTERO, EDWARD
441 CENTERWOOD DRIVE
TARPON SPRINGS FL 34688 US

Address Changed: 04/17/2008

## Officer/Director Detail

**Name & Address**

Title D

QUINTERO, EDWARD
441 CENTERWOOD DRIVE
TARPON SPRINGS FL 34688 US

Title D

DUTTA, RAJ
441 CENTERWOOD DRIVE
TARPON SPRINGS FL 34688