1  M. CORY BROWN, ESQ. (Bar No. 115472)
   mcbrown@higgslaw.com
2  MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
   gibsonm@higgslaw.com
3  HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
4  San Diego, CA 92101-7913
   TEL: 619.236.1551
5  FAX: 619.696.1410

6  Attorneys for Defendants
   RSM McGladrey Financial
7  Process Outsourcing LLC

FILED
2008 AUG 22 PM 2:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 CV 1559 BTM WMc

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

HOOT WINC, LLC,

        Plaintiff,

v.

RSM McGLADREY FINANCIAL
PROCESS OUTSOURCING, LLC, and
DOES 1 to 50, inclusive,

        Defendants.

CASE NO. _____

**NOTICE OF FINANCIAL INTEREST**

    Pursuant to Local Rule 40.2, Defendant RSM McGladrey Financial Process Outsourcing LLC ("FPO") provides the following disclosure:

    FPO is a limited liability company. The sole ownership interest in FPO is held by Quatrro F&A, Solutions, Inc. There is no publicly-traded company which owns a 10 percent or greater interest in FPO.

DATED: August 21, 2008

HIGGS, FLETCHER & MACK LLP

By: _____
M. CORY BROWN
MICHAEL R. GIBSON
Attorneys for Defendants
RSM McGladrey Financial
Process Outsourcing LLC

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

871770.2

Case No. _____