M. CORY BROWN, ESQ. (Bar No. 115472)
mcbrown@higgslaw.com
MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
gibsonm@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
TEL:   619.236.1551
FAX:   619.696.1410

Attorneys for Defendant
RSM McGLADREY FINANCIAL
PROCESS OUTSOURCING, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOT WINC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RSM McGLADREY FINANCIAL PROCESS OUTSOURCING, LLC, and DOES 1 to 50, inclusive, <br><br> Defendants. | CASE NO. 08 CV 1559 BTM WMc <br><br> **PROOF OF SERVICE** |

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 28, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**PRO HAC VICE APPLICATIONS OF:**

**ANTHONY J. DURONE and KATHLEEN M. NEMECHEK**

in a sealed envelope, postage fully paid, addressed as follows:

Michael Q. Eagan, Esq.
Michael J. Avenatti, Esq.
Alexander L. Conti, Esq.
EAGAN O'MALLEY & AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA  92660
Telephone:   949.706-7000
Facsimile:    949.7067050

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2008, at San Diego, California.

_____
Genie W. Jones, CCLS

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

872357.3

2

Case No. 08 CV 1559 BTM WMc