FILED
SEP - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOT WINC, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>RSM McGLADREY FINANCIAL PROCESS OUTSOURCING, LLC, and DOES 1 to 50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 08 CV 1559 BTM (WMc)<br><br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

　　　Based on the unavailability of counsel, the Early Neutral Evaluation Conference in the above-entitled matter is **CONTINUED** from September 18, 2008 at 2:00 p.m. to **October 17, 2008 at 2:00 p.m.**

　　　**IT IS SO ORDERED.**

DATED: September 5, 2008

　　　　　　　　　　　　　　　　　　　/s/ W. McCurine Jr.
　　　　　　　　　　　　　　　　　　HON. WILLIAM MCCURINE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

874104.1

08 CV 1559 BTM (WMc)