1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10  HOOT WINC, LLC,                                    )   Case No. 08cv1559 BTM (WMc)
                                                       )
11              Plaintiff,                             )   **ORDER REGARDING THE PARTIES'**
                                                       )   **RESPECTIVE MOTIONS TO COMPEL**
12  v.                                                 )   **FURTHER ANSWERS TO**
                                                       )   **INTERROGATORIES**
13  RSM McGLADREY FINANCIAL                            )
    PROCESS OUTSOURCING, LLC, and                      )
14  DOES 1 to 50, inclusive,                           )
                                                       )
15              Defendants.                            )

16

17        The Court held a discovery teleconference on July 8, 2010. Alexander Conti, Esq., appeared

18  for Plaintiff. Anthony Durone, Esq., appeared for Defendant. The telephonic discovery hearing was

19  placed on the record. **Accordingly, Judge McCurine's oral rulings from the discovery hearing**

20  **are hereby incorporated fully herein**.

21        In addition, the Court further orders the following:

22        Plaintiff shall supplement its responses to Defendant's Interrogatories Nos. 10, 11, 12 and

23  13, **no later than August 2, 2010.**

24        Defendant shall provide a revised Interrogatory Request No. 13 to Plaintiff **no later than**

25  **July 12, 2010**. Defendant has failed to answer the following interrogatories with any factual detail.

26  Rather, defendant has given broad conclusory allegations instead of facts in response to Plaintiff's

27  interrogatories. The answers do not give any specific factual detail. Defendant must supplement

28  its answers to those interrogatories: interrogatory interrogatories numbers 2,5,6, 7, 13, 14, 15, 18,

1  21, 22, 23, 24 and 25.  Defendant must provide verified supplemental responses to the above

2  identified interrogatories order **no later than** <u>**August 16, 2010.**</u>  Defendant does not have to

3  supplement it answers to interrogatories numbers 8, 9, 19. However, by its answer to these

4  interrogatories Defendant is asserting under penalty of perjury that the only factual basis in support

5  of the contentions identified in interrogatories numbers 8, 9 and 19 are fully set forth in its answers

6  to these interrogatories.

7       Each party shall bear its own attorney fees and costs in connection with their respective

8  motions to compel further answers to interrogatories.

9       **IT IS SO ORDERED.**

10  DATED: July 12, 2010

11   

12          Hon. William McCurine, Jr.
        U.S. Magistrate Judge, U.S. District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv1559 BTM (WMc)